# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3425

_____

BOBBY JOHNSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

July 2, 2019

PER CURIAM.

AFFIRMED. *Davis v. State*, 214 So. 2d 399 (Fla 1st DCA 2017).

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bobby Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.